UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Leticia Aguirre,                                               Civ. No. 26-514 (PAM/LIB)

                        Petitioner,

v.                                                                          **ORDER**

L. Molis,

                        Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of

United States Magistrate Judge Leo I. Brisbois dated June 9, 2026.  The R&R recommends

that the Court deny Petitioner Leticia Aguirre's Petition for a Writ of Habeas Corpus

because she was given prior custody credit for her time spent in federal custody from April

6, 2021, to August 25, 2022, and she cannot receive double credit.  No party objected to

the R&R, and the time to do so has passed.  D. Minn. L.R. 72.2(b)(1).

This Court must review de novo any portion of an R&R to which specific objections

are made, but in the absence of objections, the Court reviews the R&R only for clear error.

28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793,

795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for

clear error).  The Court has reviewed the R&R and finds no error, clear or otherwise, in the

Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1.      The R&R (Docket No. 14) is **ADOPTED**;

2.      The Petition (Docket No. 1) is **DENIED**; and

3.      This matter is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 8, 2026                                    s/ Paul A. Magnuson
                                                                Paul A. Magnuson
                                                                United States District Court Judge